IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED AUTOMOBILE WORKERS LOCAL 259 SOCIAL SECURITY DEPARTMENT, and UNITED AUTOMOBILE WORKERS LOCAL 259 PENSION FUND | : : : : | CIVIL ACTION NO. 07-cv-4349 (JAG) |
| Plaintiffs | : : | |
| v. | : : | |
| UMS AUTO GROUP LLC D/B/A AUTO NETWORK MAZDA SUBARU | : : : : | |
| Defendant | : : | **VOLUNTARY DISMISSAL** |

Plaintiffs hereby move for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).

        CLEARY & JOSEM, LLP

      BY: /s/ Jeremy E. Meyer
        JOSEPH T. CLEARY, ESQUIRE
        JEREMY E. MEYER, ESQUIRE
        One Liberty Place, 51st Floor
        1650 Market Street
        Philadelphia, PA 19102
        (215) 735-9099

Dated: November 2, 2007

SO ORDERED
/s/ JOSEPH A. GREENAWAY, JR., U.S.D.J.
11-13-07